## EARICH v STATE

Ohio Appeals, 4th Dist, Athens Co

Decided Feb 21, 1929

Woolley & Rowland, Athens, for Earich.
A B Wells, Athens, for State.

**BLOSSER, J.**

This proceeding in error is submitted to this court on the theory that if the decision of this court in the case of **Hendrix v State, 22 Ohio App. 255** is applicable that the judgment of the juvenile court should be affirmed. We have been unable to find any reported case where the facts are parallel with those in the case at bar. No cases hold that the mere rendition of a judgment in a bastardy proceeding and the payment of money alone to the mother is a bar to a prosecution for failure to provide. In the **Hendrix case, supra,** the court found that the defendant did not fully carry out and comply with the terms of the compromise, and had never delivered to the prosecutrix in the bastardy proceeding the personal property which he agreed to deliver. In the case of **McKelvy v State, 87 Ohio St. 1,** which was prior to the amendment of **Section 12114 G. C.,** the second paragraph of the syllabus holds that where a bastardy proceeding has been compromised under **Section 12,114 G. C.** and all of the provisions of the compromise have been complied with and carried out by the accused it constitutes a complete bar to a charge of failure to support the illegitimate child. Under the compromise effected in the McKelvy case there was paid the mother three hundred and fifty dollars in full satisfaction of all claims, together with costs, and also a bond was given in the sum of two hundred dollars for the maintenance of the child with sufficient sureties to the approval of the justice.

The plaintiff in error not having given bond for the support of the child in the bastardy proceeding and having admitted his failure to provide as charged in the complaint, which is being prosecuted under favor of **Section 12114. G. C.** as now amended, the judgment in the bastardy proceeding is no defense to the offense charged against him.

Middleton, PJ, and Mauck, J, concur.